1
2
3
4      **EXHIBIT D**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25     **EXHIBIT D**
26
27
28

3. All stories must be submitted by 6:00 am in order to be included in the day's newscast.
4. EVTV will edit the announcement to ensure the use of journalistic writing under Video Production Standards.
5. Announcements will be played a maximum of five days.

B. **Flyers, Posters, Banners**
1. All flyers, posters, and banners (other than classroom student work) must be approved (with an approval stamp) through the Student Activities Office before they are posted. As every sign must have the stamp, an original copy should be made and stamped for approval prior to copies being made.
2. All signs must be dated in the bottom right corner. Signs can be posted for a maximum of 2 weeks. All materials posted must be taken down on the last day of the activity. This includes materials used to hang the sign.
3. Masking tape should be used to hang the signs – no clear tape, duct tape, or staples.
4. Items may be posted on walls or empty/designated bulletin boards. They are not to be posted on glass windows or doors. No banners will be hung in the cafeteria unless the message benefits all students.
5. No signs advertising for any outside agency that is not of an educational nature will be approved.
6. Items not conforming to any of the above requirements will be removed immediately.

C. **Bulletin Boards**
1. Each club/organization will be assigned a bulletin board in close proximity to the advisor's classroom to be used to post club information.
2. The bulletin board should be kept updated and neat.
3. Bulletin boards must be cleared at the end of every school year.

VII. **FUNDRAISING**

A. **Approval**
1. Fundraiser Request/Reports are available in the Student Activities Office and must be completed for all fundraisers, whether on or off campus. The form must be completed, signed by the advisor, and submitted to the administrator in charge of Student Activities for approval. Once approved, the advisor will receive notification of the approval/denial of the fundraiser request.
2. Any group proceeding with a fundraising activity without receiving approval will be forced to close down the activity until the proper procedures are followed. Monies raised for a fundraiser that has not been approved will go to the school's general fund.
3. The financial existence of clubs and organizations depends almost entirely on student-generated funds; however, no fundraising will be permitted to interfere with any instructional activity.
4. No club, organization, student, or advisor should order anything, attempt to sell anything, solicit anything, or attempt to provide any service for money without the express written consent of the administrator in charge of Student Activities.
5. Students may not participate in activities to raise funds without the express written consent of the advisor and approval by the Student Activities Office.
6. Raffles (gambling) are NOT permitted.

B. **Use of Funds**
1. Fundraising monies must be used for the benefit of the students who raised the funds or as directed by them with the approval of the administrator in charge of Student Activities and the advisor.