THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>Defendants. | Case No. 2:22-CV-01647-RFB-BNW |

**ACCEPTANCE OF SERVICE**

1

1 | I, Patrick J. Murch, Esq., of the Office of the General Counsel, Clark County School District, hereby accept service of the summons and complaint on behalf of Defendants Clark County School District, Dr. Jesus Jara, and Trish Taylor, on this 1st day of November, 2022. I have received copies of the Summons and Complaint via email and hereby waive personal service of the same.

DATED: November 1, 2022.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

_____
PATRICK J. MURCH (#10162)
Assistant General Counsel
5100 West Sahara Avenue
Las Vegas, Nevada 89146