THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>Defendants. | Case No. 2:22-CV-01647-RFB-BNW |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Local Rule 7.1-1 of the Local Rules of the United States District Court for the District of Nevada, the undersigned, counsel of record for Plaintiffs, certify that so far as counsel is presently aware, only the named parties in this case have a direct pecuniary interest in the outcome of this case.

This representation is made to enable judges of the Court to evaluate possible disqualification

1

or recusal.

DATED:  November 7, 2022			THE O'MARA LAW FIRM, P.C.


					          /s/ David C. O'Mara
					       DAVID C. O'MARA, ESQ
					311 East Liberty St.
					Reno, Nevada 89501
					775-323-1321
					775-323-4082 (fax)

					Joan M. Mannix*
					Thomas More Society  - Special Counsel
					135 South LaSalle Street, Suite 2200
					Chicago, IL 60602
					(312) 685-4552
					jmannnix@joanmannixltd.com

					*pro hac vice application forthcoming

					*Counsel for Plaintiffs*

2