THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>Defendants. | Case No. 2:22-cv-01647-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br>(1st Request) |

Pursuant to Local Rule IA 6-1, Plaintiffs, East Career Technical Academy Students for Live, Felipe Avilla, and Janelle Rivera ("Plaintiffs") and Defendant, Clark County School District, Dr. Jesus Jara, Trish Taylor, Vincent Medina and Karen Stelluto ("Defendants") hereby stipulate to extend the time in which Plaintiff has to file their opposition to Defendant's motion to dismiss up to and including January 6, 2023.  The parties respectfully ask this Court to enter an Order granting this extension and in support thereof state as follows:

1

1. Defendants filed Motion for Partial Dismissal on November 22, 2022 (ECF No. 10). Plaintiff's opposition is due on December 6, 2022.

2. The Parties have met and conferred and stipulated that Plaintiffs shall have up to and including, Friday, January 6, 2023, to file their opposition to the motion to dismiss. Defendants shall have 15 days, or up to and including January 23, 2022, to file their reply.

3. This is the first stipulation for extension of time for Plaintiffs to oppose Defendants' motion to dismiss.

4. This request is made in good faith and not for the purpose of delay.

Dated: December 5, 2022
MARQUIS AURBACH

_____/s/ Jackie V. Nichols_____
Craig R. Anderson, Esq.
Jackie V. Nichols, Esq.
10001 Park Run Dr.
Las Vegas, Nevada 89145

*Counsel for Defendnats Clark County School District, Dr. Jesus Jara, Trish Taylor, Vincent Medina and Karen Stelluto*

Dated: December 5, 2022
THE O'MARA LAW FIRM, P.C.

_____/s/ David C. O'Mara_____
DAVID C. O'MARA, ESQ
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)

Joan M. Mannix*
Thomas More Society  - Special Counsel
135 South LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 685-4552
jmannnix@joanmannixltd.com

*pro hac vice application forthcoming

*Counsel for Plaintiffs*

## ORDER

**IT IS SO ORDERED**: The deadline for Plaintiffs to file their opposition to Defendant's motion to dismiss will be extended to and including Friday, January 6, 2023.

Dated:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED this 6th day of December, 2022.

2