THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,

Plaintiffs,

v.

CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,

Defendants.

Case No. 2:22-cv-01647-RFB-BNW

**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE PARTIES DISCOVERY PLAN AND SCHEDULING ORDER**

(1st Request)

Pursuant to Local Rule IA 6-1, Plaintiffs, East Career Techinical Academy Students for Live, Felipe Avilla, and Janelle Rivera ("Plaintiffs") and Defendant, Clark County School District, Jesus Jara, Trish Taylor, Vincent Medina and Karen Stelluto ("Defendants") hereby stipulate to extend the time in which the parties have to file the discovery plan and scheduling order . The parties respectfully ask this Court to enter an Order granting this extension and in support thereof state as follows:

1

1. Defendants filed Motion for Partial Dismissal on November 22, 2022 (ECF No. 10).

2. On November 22, 2022, the Court issued a notice that the parties discovery plan/scheduling order was to be filed by January 6, 2023. (ECF No. 10)

3. In light of the various holidays in November and December, and Plaintiffs' counsel getting a winter cold that persisted for a couple of weeks, the Parties have not had the opportunity to meet and confer and agreed to seek an extension to submit their discovery plan/scheduling order. The parties seek to have an additional 14 days, or up to and including January 20, 2023, to submit the discovery plan/scheduling order.

4. This is the first stipulation for extension of time for the Parties to file their discovery plan/scheduling order.

5. This request is made in good faith and not for the purpose of delay.

Dated: January 6, 2023.

MARQUIS AURBACH

　　　/s/ Jackie V. Nichols　　　
Craig R. Anderson, Esq.
Jackie V. Nichols, Esq.
10001 Park Run Dr.
Las Vegas, Nevada 89145

*Counsel for Defendnats Clark County School District, Dr. Jesus Jara, Trish Taylor, Vincent Medina and Karen Stelluto*

Dated: January 6, 2023.

THE O'MARA LAW FIRM, P.C.

　　　/s/ David C. O'Mara　　　
DAVID C. O'MARA, ESQ
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)

Joan M. Mannix*
Thomas More Society - Special Counsel
135 South LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 685-4552
jmannnix@joanmannixltd.com

*pro hac vice application forthcoming

*Counsel for Plaintiffs*

2

# ORDER

**IT IS SO ORDERED**: The deadline for Plaintiffs to file their discovery plan/scheduling order will be extended to and including Friday, January 20, 2023.

Dated:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of January, 2023.