**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Clark County School District, Dr. Jesus
  Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>                     Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>                     Defendants. | Case Number: 2:22-cv-01647-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS CLARK COUNTY SCHOOL DISTRICT, DR. JESUS JARA, TRISH TAYLOR, VINCENT MEDINA AND KAREN STELLUTO'S REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiffs East Career And Technical Academy Students for Life, Felipe Avila and Janelle Rivera ("Plaintiffs"), by and through their counsel of record, David C. O'Mara, Esq., of The O'Mara Law Firm, P.C., and Defendants Clark County School District ("CCSD"), Dr. Jesus Jara ("Dr. Jara"), Trish Taylor ("Taylor"), Vincent Medina ("Medina"), and Karen Stelluto ("Stelluto") (hereinafter collectively referred to "CCSD

MAC:01444-017 4957675_1 1/13/2023 3:17 PM

Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1. CCSD Defendants filed its Motion for Partial Dismissal on November 22, 2022 [ECF No. 10];

2. Plaintiffs' Opposition to CCSD Defendants' Motion for Partial Dismissal was filed on January 6, 2023 [ECF No. 14];

3. CCSD Defendants' counsel had a scheduling conflict that arose and is unable to meet the deadline of January 13, 2023 currently scheduled for CCSD Defendants' Reply in Support of Motion for Partial Dismissal;

4. Additionally, the parties previously agreed that CCSD Defendants' Reply in Support of Motion for Partial Dismissal would be due January 23, 2020.  ECF No. 13.

5. CCSD Defendants' counsel has now determined that a one week extension of time, to January 20, 2023, is needed for CCSD Defendants' Reply in Support of Motion for Partial Dismissal;

6. Accordingly, the deadline for CCSD Defendants' Reply in Support of Motion for Partial Dismissal, currently due on January 13, 2023, be extended to and including Friday, January 20, 2023;

7. This is the Parties' first request to extend the deadline to CCSD Defendants' Reply in Support of Motion for Partial Dismissal; and

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

MAC:01444-017 4957675_1 1/13/2023 3:17 PM

8. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 13th day of January, 2023    DATED this 13th day of January, 2023

THE O'MARA LAW FIRM, P.C.    MARQUIS AURBACH

By: /s/ David C. O'Mara    By: /s/ Jackie V. Nichols
David C. O'Mara, Esq.    Craig R. Anderson, Esq.
Nevada Bar No. 8599    Nevada Bar No. 6882
311 East Liberty St.    Jackie V. Nichols, Esq.
Reno, Nevada 89501    Nevada Bar No. 14246
　　　　　　　　　　　　　　10001 Park Run Drive
Joan M. Mannix, Esq, (*pro hac vice*    Las Vegas, Nevada 89145
*application forthcoming*)    Attorneys for Defendants Clark County
Thomas More Society - Special Counsel    School District, Dr. Jesus Jara, Trish
135 South LaSalle Street, Suite 2200    Taylor, Karen Stelluto, and Vincent
Chicago, IL 60602    Medina
Attorneys for Plaintiffs

### ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 19th day of January, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANTS CLARK COUNTY SCHOOL DISTRICT, DR. JESUS JARA, TRISH TAYLOR, VINCENT MEDINA AND KAREN STELLUTO'S REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 13th day of January, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach