```
HE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net
```

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>Defendants. | Case No. 2:22-cv-01647-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE PARTIES DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(2nd Request) |

Pursuant to Local Rule IA 6-1, Plaintiffs, East Career Technical Academy Students for Live, Felipe Avilla, and Janelle Rivera ("Plaintiffs") and Defendant, Clark County School District, Jesus Jara, Trish Taylor, Vincent Medina and Karen Stelluto ("Defendants") hereby stipulate to extend the time in which the parties have to file the discovery plan and scheduling order. The parties respectfully ask this Court to enter an Order granting this extension and in support thereof state as follows:

1

1. Defendants filed Motion for Partial Dismissal on November 22, 2022 (ECF No. 10).

2. On November 22, 2022, the Court issued a notice that the parties discovery plan/scheduling order was to be filed by January 6, 2023. (ECF No. 10)

3. The Parties filed a stipulation and order to extend the time to file the parties discovery plan and scheduling order. (ECF No. 15). The Court granted the stipulation allowing the parties to file their discovery plan and scheduling order by Friday, January 20, 2023. (ECF No. 16).

4. The parties have met and conferred and as of today, January 20, 2023, have not been able to agree on a scheduling order and discovery plan. The parties continue to meet and confer regarding a possible agreement and ask the Court for an additional seven (7) days to either file a stipulated scheduling order and discovery plan and/or a seek a status conference to address the parties disagreements.

5. Additionally, the parties have met and conferred and believe it is in the parties' best interest to seek the Court's assistance in conducting a settlement conference within the next thirty (30) days.

6. This is the second stipulation for extension of time for the Parties to file their discovery plan/scheduling order.

7. This request is made in good faith and not for the purpose of delay.

Dated: January 20, 2023.

MARQUIS AURBACH

_/s/ Jackie V. Nichols_
Craig R. Anderson, Esq.
Jackie V. Nichols, Esq.
10001 Park Run Dr.
Las Vegas, Nevada 89145

Dated: January 20, 2023.

THE O'MARA LAW FIRM, P.C.

_/s/ David C. O'Mara_
DAVID C. O'MARA, ESQ
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)

*Counsel for Defendnats Clark County School District, Dr. Jesus Jara, Trish Taylor, Vincent Medina and Karen Stelluto*

Joan M. Mannix*
Thomas More Society - Special Counsel
135 South LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 685-4552
jmannnix@joanmannixltd.com

*pro hac vice application forthcoming

*Counsel for Plaintiffs*

### ORDER

**IT IS SO ORDERED**: The deadline for Plaintiffs to file their discovery plan/scheduling order will be extended up to and including Friday, January 27, 2023.

Dated:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of January, 2023.