THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>Defendants. | Case No. 2:22-cv-01647-RFB-BNW<br><br>**MOTION TO EXCUSE ATTENDANCE OF PLAINTIFF FELIPE AVILA AND COUNSEL JOAN MANNIX FROM MARCH 14, 2023 SETTLEMENT CONFERENCE** |

1

Pursuant to the Court's order scheduling a settlement conference [ECF No. 25], Plaintiffs by and through their undersigned counsel, hereby request that one of its trial counsel, Joan Mannix ("Mannix"), be excused from physical attendance at the March 14, 2023 settlement conference. Mannix is recovering from major orthopedic surgery and is unable to travel. Plaintiffs will be represented by their other trial counsel, David O'Mara and Nathan Loyd. A *pro hac vice* request for Nathan Loyd is forthcoming. Further, Mannix will be available to attend the settlement conference via video conferencing such as Zoom.

1. Further, plaintiff, Felipe Avila ("Avila"), requests that he be excused from attendance at the March 14, 2023 settlement conference. Avila is currently a student at the Catholic University of America in Washington, D.C. Avila will be unable to travel due to his class schedule and other educational obligations but will be available to attend the settlement conference via video conferencing such as Zoom.

2. The absence of Mannix will not affect the settlement conference because other trial counsel will be physically present as will be Plaintiff, Janelle Rivera. Accordingly, Plaintiffs ask that this Court excuse the attendance of Mannix and Avila from physical attendance at the March 14, 2023 settlement conference.

DATED: February 28, 2023                    THE O'MARA LAW FIRM, P.C.

                                             /s/ David C. O'Mara
                                            DAVID C. O'MARA, ESQ
                                            311 East Liberty St.
                                            Reno, Nevada 89501
                                            775-323-1321
                                            775-323-4082 (fax)

Joan M. Mannix*
Thomas More Society - Special Counsel
135 South LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 685-4552
jmannnix@joanmannixltd.com

Nathan Loyd*
Thomas More Society - Special Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559) 744-3664
nathaniel.loyd@thomasmoresociety.org

*pro hac vice application forthcoming

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of The O'Mara Law Firm, P.C., 311 E. Liberty Street, Reno, Nevada 89501, and on this date I served a true and correct copy of the foregoing document on all parties to this action by:

_____ Depositing in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, following ordinary business practices

_____ Personal Delivery

_____ Facsimile

_____ Federal Express or other overnight delivery

_____ Messenger Service

_____ Certified Mail with Return Receipt Requested

__X__ Electronically through the Court's ECF system

addressed as follows:

MARQUIS AURBACH
Craig R. Anderson, Esq.
Jackie V. Nichols, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendants Clark County School District, Dr. Jesus Jara, Trish Taylow, Vincent Medina and Karen Stelluto*

DATED: February 28, 2023

/s/ Bryan Snyder
BRYAN SNYDER

3