**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
 Attorneys for Defendants Clark County School District, Dr. Jesus Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>Defendants. | Case Number:<br>2:22-cv-01647-RFB-DJA<br><br>**MOTION TO EXCUSE ATTENDANCE FOR DEFENDANTS TRISH TAYLOR AND VINCENT MEDINA** |
|---|---|

Defendants Clark County School District ("CCSD"), Dr. Jesus Jara ("Dr. Jara"), Trish Taylor ("Taylor"), Vincent Medina ("Medina"), and Karen Stelluto ("Stelluto") (hereinafter collectively referred to "CCSD Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, hereby submit their Motion to Excuse Attendance for Defendants Trish Taylor and Vincent Medina regarding the Settlement Conference set for March 14, 2023 at 10:00 A.M. [ECF No. 25].

Page 1 of 4

MAC:01444-017 5005211_1 2/28/2023 3:11 PM

This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

## MEMORANDUM OF POINTS & AUTHORITIES

This matter was previously scheduled for a settlement conference before Magistrate Weksler on February 24, 2022 via electronic means. ECF No. 22. Magistrate Weksler subsequently recused herself. ECF No. 23. Thereafter, the Court rescheduled the settlement conference to March 14, 2023 in person. ECF No. 24. The order further requires all individually named parties to attend the settlement conference. *Id*.

Defendants Medina and Taylor seek to be excused from this Court's order requiring their attendance at the settlement conference. Defendant Medina has a planned vacation and is not available on March 14, 2023. Due to the short notice, Defendant Medina is unable to cancel or modify his plans. Defendant Taylor is not able to attend the settlement conference due to a pre-planned invasive surgery currently scheduled for March 9, 2023. The surgery cannot be moved and Defendant Taylor's doctor cannot guarantee she will be able to attend the settlement conference due to her recovery. Defendant Taylor's mobility will be significantly limited for at least a week after surgery, rendering it nearly impossible for her to attend the settlement conference.

The non-attendance by these Defendants will not affect the settlement conference as a representative from Clark County School District with full authority to settle the matter will be in attendance. Accordingly, Defendants Medina and Taylor ask that this Court excuse their attendance for the March 14, 2023 settlement conference.

. . .
. . .
. . .
. . .
. . .
. . .

MAC:01444-017 5005211_1 2/28/2023 3:11 PM

## I. CONCLUSION

Based on the foregoing, CCSD Defendants respectfully request the Court grant their Motion to Excuse Attendance for Defendants Trish Taylor and Vincent Medina.

Dated this 28th day of February, 2023.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Clark County
    School District, Dr. Jesus Jara, Trish
    Taylor, Karen Stelluto, and Vincent Medina

**IT IS SO ORDERED**. Defendants Taylor and Medina are excused from attending the settlement conference.

DATED this 8th day of March, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MAC:01444-017 5005211_1 2/28/2023 3:11 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **MOTION TO EXCUSE ATTENDANCE FOR DEFENDANTS TRISH TAYLOR AND VINCENT MEDINA** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 28th day of February, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816
MAC:01444-017 5005211_1 2/28/2023 3:11 PM