**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

   Attorneys for Defendants Clark County School District, Dr. Jesus Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>                Defendants. | Case Number:<br>2:22-cv-01647-RFB- DJA<br><br>**STIPULATION AND ORDER**<br><br>**(FIRST REQUEST)** |

      The Parties, Plaintiffs East Career And Technical Academy Students for Life, Felipe Avila and Janelle Rivera ("Plaintiffs"), by and through their counsel of record, David C. O'Mara, Esq., of The O'Mara Law Firm, P.C., and Defendants Clark County School District ("CCSD"), Dr. Jesus Jara ("Dr. Jara"), Trish Taylor ("Taylor"), Vincent Medina ("Medina"), and Karen Stelluto ("Stelluto") (hereinafter collectively referred to "CCSD

Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following:

1. Plaintiffs filed a Motion for Leave to Amend Plaintiffs' Complaint [ECF No. 42] ("Motion").

2. Plaintiffs and CCSD Defendants agree that the deadline for CCSD Defendants to file and serve an Opposition to the Motion, currently due on May 26, 2023, shall be extended by two weeks to June 9, 2023.

3. The parties are still in the process of settlement discussions. The stipulation will preserve time and resources based on the on-going settlement discussions.

4. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

DATED this 26th day of May, 2023

THE O'MARA LAW FIRM, P.C.

By: */s/ David C. O'Mara*
David C. O'Mara, Esq.
Nevada Bar No. 8599
311 East Liberty St.
Reno, Nevada 89501

Joan M. Mannix, Esq, (*pro hac vice*)
Thomas More Society - Special Counsel
135 South LaSalle Street, Suite 2200
Chicago, IL 60602
Attorneys for Plaintiffs

DATED this 26th day of May, 2023

MARQUIS AURBACH

By: */s/ Jackie V. Nichols*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Clark County School District, Dr. Jesus Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 30th day of May, 2023.

_____
United States District Court Magistrate Judge

MAC:01444-017 5096003_2 5/26/2023 3:11 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 26th day of May, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: N/A

*/s/ Jessica Madsen*
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

MAC:01444-017 5096003_2 5/26/2023 3:11 PM