**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Clark County School District, Dr. Jesus
  Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>            Plaintiffs,<br><br>  vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity ad Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>            Defendants. | Case Number:<br>2:22-cv-01647-RFB-DJA<br><br>**DEFENDANTS' STATUS REPORT** |

Defendants Clark County School District ("CCSD"), Dr. Jesus Jara ("Dr. Jara"), Trish Taylor ("Taylor"), Vincent Medina ("Medina"), and Karen Stelluto ("Stelluto") (hereinafter collectively referred to "CCSD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., through the law firm of Marquis Aurbach, hereby submits their Status Report pursuant to the Minute Order [ECF No. 49].

MAC:01444-017 5148941_1 7/11/2023 3:39 PM

1. Counsel for Defendants attempted to reach out to Plaintiffs' counsel on July 10, 2023 regarding the status report; however, defense counsel was not able to reach Plaintiffs' counsel. Accordingly, Defendants submit the instant status report based on their understanding of the status of the case.

2. The Parties have reached an agreement on the attorney's fees and costs and damages for purposes of settlement.

3. The Parties have further reached a preliminary agreement on the language of two proposed documents discussed during the settlement conference. However, The Clark County School District is in the process of obtaining formal acceptance of the documents by its Administration.

4. Thus, the Parties anticipate having finalized settlement documents to the Court in approximately 30 days.

DATED this 11th day of July, 2023

MARQUIS AURBACH

By: ___/s/ Jackie V. Nichols___
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Clark County School District, Dr. Jesus Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

MAC:01444-017 5148941_1 7/11/2023 3:39 PM

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS' STATUS REPORT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 11th day of July, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:01444-017 5148941_1 7/11/2023 3:39 PM