**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

    Attorneys for Defendants Clark County School District, Dr. Jesus Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity as Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>                Defendants. | Case Number:<br>2:22-cv-01647-RFB-BNW<br><br>**JOINT STATUS REPORT** |

Plaintiffs East Career and Technical Academy Students for Life, Felipe Avila, and Janelle Rivera ("Plaintiffs"), by and through their attorney of record, David C. O'Mara, Esq., through the law firm of The O'Mara Law Firm, P.C., and Defendants Clark County School District ("CCSD"), Dr. Jesus Jara ("Dr. Jara"), Trish Taylor ("Taylor"), Vincent Medina ("Medina"), and Karen Stelluto ("Stelluto") (hereinafter collectively referred to "CCSD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie

V. Nichols, Esq., through the law firm of Marquis Aurbach, hereby submits their Joint Status Report pursuant to the Minute Order [ECF No. 59].

1. The parties are in the final stages of completing the settlement agreement. Specifically, all that remains to be completed is execution of the Settlement Agreement, by all Parties, including Dr. Jesus Jara and a representative of the Clark County School District. Additionally, Defendants must distribute a memorandum detailing CCSD's obligations under the First Amendment and the EAA with all school-related administrators within CCSD and revise the ECTA handbook. Plaintiffs must provide Defendants with a copy of W-9's to process payment.

2. Thereafter, it will take approximately fourteen (14) days for Defendants to provide evidence that the memorandum has been distributed and the handbook has been revised, and to issue payment to Plaintiffs. Within fourteen (14) days of such evidence and payment, the parties will file the necessary stipulation for dismissal.

3. Accordingly, the Parties ask that the Court set a deadline for 30-days for the parties to submit an additional report regarding the status us settlement.

DATED this 25th day of September, 2023

THE O'MARA LAW FIRM, P.C.

By:  /s/ David C. O'Mara
David C. O'Mara, Esq.
Nevada Bar No. 8599
311 East Liberty St.
Reno, Nevada 89501

Joan M. Mannix, Esq. (*pro hac vice*)
Thomas More Society - Special Counsel
Nathan Loyd, Esq. (*pro hac vice*)
Thomas More Society - Counsel
135 South LaSalle Street, Suite 2200
Chicago, IL 60602
Attorneys for Plaintiffs

DATED this 25th day of September, 2023

MARQUIS AURBACH

By:  /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Clark County School District, Dr. Jesus Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-017 5147626_3 9/25/2023 3:23 PM

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 25th day of September, 2023.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:01444-017 5147626_3 9/25/2023 3:23 PM