THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity and Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>Defendants. | Case No. 2:22-cv-01647-RFB-BNW<br><br>PLAINTIFFS' STATUS REPORT AND REQUEST FOR HEARING ON DEFENDANTS' FAILURE TO EXECUTE THE WRITTEN SETTLEMENT AGREEMENT AND FAILURE TO COMPLY WITH ITS TERMS |

Plaintiffs East Career and Technical Academy (ECTA) Students for Life (SFLC), Felipe Avila, and Janelle Rivera hereby submit their Status Report pursuant to the Court's December 1, 2023 minute order.   Because Defendants have failed, despite extended delay, to fulfill the requirements of the parties' settlement agreement negotiated with this Court's assistance, Plaintiffs respectfully request that this Court schedule a hearing on the reasons for Defendants' failure to execute the written settlement agreement, which accurately reflects the parties' agreement, and to order defendants to immediately comply with the parties' agreement.

1

As the Court is aware, quite some time ago the parties agreed to the terms of a settlement. On November 2, 2023, Plaintiffs provided defendants with a copy of the finalized written settlement agreement executed by Plaintiffs.    Defendants' counsel had previously stated, on October 25, 2023, that a memorandum detailing school administrators' obligations under the First Amendment would be released "upon receiving signatures" from Plaintiffs in accordance with the agreement, and that payment for attorney fees would issue "14-21 days after receiving [the] signed copy."

On November 8, 2023, counsel for Defendants sent a "Draft Stipulation and Order for Dismissal with Prejudice" ("Draft Stipulation") for filing on the same day.  However, Defendants had provided no evidence that the memorandum had been provided to school officials, or that payment had issued.  Given Defendants' failures to perform as agreed, Plaintiffs objected to the Draft Stipulation, and the parties instead filed a joint status report.  ECF No. 64.

On November 21, 2023, counsel for Plaintiffs contacted counsel for Defendants via email, and again on November 27 by email and phone, asking for a status update on Defendants' performance of the settlement requirements.  Counsel for Defendants replied on November 30, that the school district needed clarification on payee information for the attorneys' fees payment. Later on November 30, Parties filed a joint status report again.  ECF No. 66.

On December 11, 2023, counsel for Plaintiffs again requested a status update from counsel for Defendants, followed by a call on December 13.  Counsel for Defendants stated that she would provide an update following a status call with Defendants on December 13.  On December 15, 2023, counsel for Plaintiffs requested the promised update. To date, counsel for Defendants has not replied.

Defendants have failed to countersign the settlement agreement and have failed to provide evidence that they have complied with their obligations under the parties' agreement.   To

1    Plaintiffs' knowledge, Defendants have made no material progress towards satisfying the terms

2    they agreed to as part of the settlement negotiated with the Court's assistance. Plaintiffs are being

3    harmed by the ongoing delay.  If Defendants intend to renege on their agreement, Plaintiffs have

4    a right to know that is the case and to pursue relief on behalf of their clients without further delay.

5            Wherefore, Plaintiffs respectfully request that the Court set a hearing at its earliest

6    convenience on Defendants' failure to execute the parties' written settlement agreement and failure

7    to comply with its terms.

8    DATED: December 18, 2023                    THE O'MARA LAW FIRM, P.C.

9

10                                                    /s/ David C. O'Mara
                                              DAVID C. O'MARA, ESQ
11                                            311 East Liberty St.
                                              Reno, Nevada 89501
12                                            775-323-1321
                                              775-323-4082 (fax)
13

14                                            Joan M. Mannix*
                                              Thomas More Society - Special Counsel
15                                            135 South LaSalle Street, Suite 2200
                                              Chicago, IL 60602
16                                            (312) 685-4552
17                                            jmannnix@joanmannixltd.com

18                                            Nathan Loyd*
                                              Thomas More Society - Special Counsel
19                                            5101 Old Highway 5, Box 442
                                              Lebanon, GA 30146
20                                            (559) 744-3664
21                                            nathaniel.loyd@thomasmoresociety.org

22                                            *Admitted pro hac vice

23                                            *Counsel for Plaintiffs*

24

25

26

27

28

                                              3