**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Clark County School District, Dr. Jesus
  Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>     Plaintiffs,<br><br> vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity as Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>     Defendants. | Case Number:<br>2:22-cv-01647-RFB-DJA<br><br>**DEFENDANTS' STATUS REPORT** |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

   Defendants Clark County School District ("CCSD"), Dr. Jesus Jara ("Dr. Jara"), Trish Taylor ("Taylor"), Vincent Medina ("Medina"), and Karen Stelluto ("Stelluto") (hereinafter collectively referred to "CCSD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., through the law firm of Marquis Aurbach, hereby submits Defendants' Status Report pursuant to the Minute Order [ECF No. 65].

1.    The initial settlement agreement provided that the check be made payable to both David O'Mara, Esq. and Thomas More Society.

2.    Counsel for Defendants confirmed with Plaintiffs' counsel to whom the check should be issued.

3.    Plaintiffs' counsel indicated that the check should issue to Thomas More Society.

4.    Upon request of the check to be issued to Thomas More Society, Defendants' Accounting Department indicated that it could not issue a check contrary to the settlement agreement.

5.    The settlement check is currently being processed.  Upon its issuance, counsel for Defendants will Fed-Ex the settlement check overnight to Plaintiffs.

6.    However, in light of the holidays and individuals absent from work, Defendants do not have a specific time period in which counsel will receive the check.

7.    Additionally, Defendants will be issuing the agreed upon memorandum to administrators as part of the upcoming bulletin for administrators.  It is counsel's understanding that will be accomplished by December 29, 2023 or sooner.  Proof of the issuance will also be provided.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-017 5320251_1 12/19/2023 7:58 AM

8.      Due to the holiday season and various individuals involved being unavailable due to illness, vacations, or other personal reasons. Accordingly, Defendants request that the Court extend the time to demonstrate that the settlement agreement has been complied with by December 29, 2023.

DATED this <u>19th</u> day of December, 2023

MARQUIS AURBACH

By:   <u>   /s/ Jackie V. Nichols      </u>
        Craig R. Anderson, Esq.
        Nevada Bar No. 6882
        Jackie V. Nichols, Esq.
        Nevada Bar No. 14246
        10001 Park Run Drive
        Las Vegas, Nevada 89145
        Attorneys for Defendants Clark
        County School District, Dr. Jesus Jara,
        Trish Taylor, Karen Stelluto, and
        Vincent Medina

MAC:01444-017 5320251_1 12/19/2023 7:58 AM

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that I electronically filed the foregoing **DEFENDANTS' STATUS**

3 **REPORT** with the Clerk of the Court for the United States District Court by using the court's

4 CM/ECF system on the 19th day of December, 2023.

5          ☒          I further certify that all participants in the case are registered CM/ECF users

6 and that service will be accomplished by the CM/ECF system.

7          ☐          I further certify that some of the participants in the case are not registered

8 CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid,

9 or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to

10 the following non-CM/ECF participants:

11

12

13          _____/s/ Krista Busch_____
          An employee of Marquis Aurbach

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-017 5320251_1 12/19/2023 7:58 AM