**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
　　Attorneys for Defendants Clark County School District, Dr. Jesus Jara, Trish Taylor, Karen Stelluto, and Vincent Medina

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EAST CAREER AND TECHNICAL ACADEMY STUDENTS FOR LIFE, FELIPE AVILA, an individual, and JANELLE RIVERA, an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; EAST CAREER AND TECHNICAL ACADEMY; DR. JESUS JARA, individually and in his capacity as Superintendent of Clark County School District; TRISH TAYLOR, Individually and her capacity as Principal of East Career and Technical Academy; KAREN STELLUTO, individually and in her capacity as Assistant Principal of East Career and Technical Academy; and VINCENT MEDINA, Individually and in his capacity as Assistant Principal of East Career and Technical Academy,<br><br>　　　　　　　　　　Defendants. | Case Number:<br>2:22-cv-01647-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　The Parties, Plaintiffs East Career And Technical Academy Students for Life, Felipe Avila and Janelle Rivera ("Plaintiffs"), by and through their counsel of record, David C. O'Mara, Esq., of The O'Mara Law Firm, P.C., and Defendants Clark County School District ("CCSD"), Dr. Jesus Jara ("Dr. Jara"), Trish Taylor ("Taylor"), Vincent Medina ("Medina"), and Karen Stelluto ("Stelluto") (hereinafter collectively referred to "CCSD Defendants"), by

1  and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of
2  Marquis Aurbach, state that the parties agree as follows:

3      1.    In accordance with and subject to the parties' Settlement and Release
4  Agreement, any and all claims with respect to the above-captioned matter are hereby
5  dismissed with prejudice as to Plaintiffs and CCSD Defendants;

6      2.    As a result of the instant stipulation, the parties no longer need to file a joint
7  status report as required by the Court. (ECF No. 72).

8      IT IS SO STIPULATED.

9  DATED this 20th day of February, 2024     DATED this 20th day of February, 2024

10 THE O'MARA LAW FIRM, P.C.     MARQUIS AURBACH

11 By:  /s/ Nathan Loyd     By:  /s/ Jackie V. Nichols
    David C. O'Mara, Esq.     Craig R. Anderson, Esq.
12     Nevada Bar No. 8599     Nevada Bar No. 6882
    311 East Liberty St.     Jackie V. Nichols, Esq.
13     Reno, Nevada 89501     Nevada Bar No. 14246
    10001 Park Run Drive
14     Joan M. Mannix, Esq. (*pro hac vice*)     Las Vegas, Nevada 89145
15     Thomas More Society – Special     Attorneys for Defendants Clark County
    Counsel     School District, Dr. Jesus Jara, Trish
16     Nathan Loyd, Esq. (*pro hac vice*)     Taylor, Karen Stelluto, and Vincent
17     Thomas More Society - Counsel     Medina
    135 South LaSalle Street, Suite 2200
18     Chicago, IL 60602
    Attorneys for Plaintiffs
19

20 **ORDER**

21     IT IS SO ORDERED that Plaintiffs' claims are hereby DISMISSED WITH
22 PREJUDICE.

23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

MAC:01444-017 5282623_3 2/20/2024 10:25 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs.

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: February 22, 2024.

MAC:01444-017 5282623_3 2/20/2024 10:25 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of February, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:01444-017 5282623_3 2/20/2024 10:25 AM